STATE of Missouri, Respondent,

v.

George BROWN, Jr., Appellant.

No. WD 36443.

Missouri Court of Appeals, Western District.

Oct. 1, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 3, 1985.

Application to Transfer Denied Jan. 15, 1986.

 

Sean D. O'Brien, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from jury trial convictions for robbery in the first degree, section 569.020, RSMo 1978, and armed criminal action, section 571.015.1, RSMo 1978, and consecutive sentences of twenty and ten years imprisonment respectively.

Affirmed. Rule 30.25(b).